**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JEFFREY A. MILLER, ET AL.,**

      **Plaintiffs,**

-vs-                                                    Case No. 6:06-cv-676-Orl-28KRS

**PAINCARE HOLDINGS, INC.,**

      **Defendants.**

## ORDER OF TRANSFER

It is hereby **ORDERED** that this case is transferred to the Honorable David A. Baker pursuant to Middle District of Florida Local Rule 1.04(b), and with his consent, to be considered with Case No. 6:06-cv-362-ORL-28DAB.

**DONE** and **ORDERED** in Orlando, Florida this 19th day of May, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

The Honorable David A. Baker
Counsel of Record
Unrepresented Parties